UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KIM HOPPOUGH,<br>    Plaintiff,<br><br>-v-<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br>    Defendant. | No. 1:11-cv-392<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having granted Defendant Hartford Life and Accident Insurance Company's motion for entry of judgment against Plaintiff Kim Hoppough, and having resolved all pending claims, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.  IT IS SO ORDERED.**

Date:   July 25, 2013                             /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  Chief United States District Judge